WILLIAM M. DENMAN, as Trustee in Bankruptcy of LOUIS FINKELSTEIN, Bankrupt, Appellant, v. ESTHER G. FINKELSTEIN and LOUIS FINKELSTEIN, Respondents.— In a judgment creditor's action to set aside conveyances of real estate made by defendant husband to defendant wife in fraud of creditors, under the provisions of the Debtor and Creditor Law, judgment for defendants reversed on the law and the facts, with costs, and judgment directed for plaintiff, with costs. In our opinion the decision was against the weight of the credible evidence. Findings of fact Nos. 10, 11, 12 and 17 are reversed and the conclusions of law disapproved. The court finds the plaintiff's requests Nos. First to Eleventh inclusive. Hagarty, Carswell, Davis and Close, JJ., concur; Lazansky, P. J., not voting. Settle order on notice.

GEORGE W. DICKERSON, Appellant, v. DANIELS & KENNEDY, INC., Respondent. — In a negligence action it appeared that the plaintiff was driving an ambulance on an emergency call. At a street intersection the defendant's truck was driven in the pathway of the ambulance. In making a sudden turn to avoid the collision, the ambulance overturned, injuring plaintiff. The complaint was dismissed at the close of plaintiff's case. As the record stands, viewed most favorably to plaintiff, the driver of the truck heard the signals from the ambulance and pursued a hesitant and uncertain course partly across the intersection. Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event, on the ground that the evidence presented questions of fact as to negligence and contributory negligence. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

MAXWELL M. FLAMM, as Executor, etc., of HENRY HYAMS, Deceased, Respondent, v. CHARLES G. SIEVERTS and CHARLOTTE A. SIEVERTS, Appellants.— Order denying defendants' motion for a change of place of trial from Kings county to Suffolk county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

ALBERT GROH and MARIE GROH, Respondents, v. THE CITY OF NEW YORK, Appellant.— In an action to recover damages for personal injuries sustained by the plaintiff-wife when she slipped and fell on ice on the sidewalk, and by plaintiff-husband to recover for loss of services and expenses, judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.